JACKSONWHITE
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center, Suite 200
Mesa, Arizona  85201
(480) 464-1111; F (480) 464-5692
Attorneys for Plaintiff
Email:centraldocket@jacksonwhitelaw.com
By:    Jeremy S. Geigle, No. 021786
          jgeigle@jacksonwhitelaw.com
       Ryan K. Hodges, No. 026639
          rhodges@jacksonwhitelaw.com

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carla  J. Medina-Reeves, | No. CV-09-1946-PHX-ECV |
| Plaintiff, | **JOINT GOOD FAITH SETTLEMENT REPORT** |
| vs. | |
| Maricopa County, et al., | |
| Defendants. | |

The undersigned conferred on August 11, 2010, for good faith settlement talks.  The talks were productive: Plaintiff made an offer, Defendants have not countered, and the case was not settled.

RESPECTFULLY SUBMITTED this 20th day of August, 2010.

JACKSON WHITE, P.C.


By___/s/Jeremy S. Geigle_____
        Jeremy S. Geigle
        Ryan K. Hodges
        40 N. Center Street, Suite 200
        Mesa, Arizona 85201
        Attorneys for Plaintiff

///

///

JACKSONWHITE
ATTORNEYS AT LAW
*A Professional Corporation*

1

MARICOPA COUNTY OFFICE OF
SPECIAL LITIGATION SERVICES

2

3

By    /s/S. Lee White

4

S. Lee White
Maria R. Brandon
234 N. Central Ave., Suite 4400
Phoenix, Arizona 85004-2206
Attorneys for Defendants

5

6

7

8

9

CERTIFICATE OF SERVICE

10

    I hereby certify that on August 20, 2010, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

11

12

13

S. Lee White and Maria R. Brandon
Maricopa County Office of Special Litigation Services
234 N. Central Ave., Suite 4400
Phoenix, Arizona 85004-2206
Attorneys for Defendants
brandonm@mail.maricopa.gov
whites002@mail.maricopa.gov

14

15

16

17

    s/Brenda J. Ludwick

18

19

20

21

22

23

24

25

26